UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD KREIS and JANE DOE KREIS, husband and wife and the marital community comprised thereof, d/b/a RED EARTH CONSTRUCTION,<br><br>Defendants. | CASE NO. C08-0495-MAT<br><br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiffs filed a motion for summary judgment. (Dkt. 30.) However, because it was filed on June 24, 2009, well after the June 15, 2009 dispositive motion deadline (*see* Dkt. 28), the Court hereby STRIKES plaintiffs' motion for summary judgment from the motions calendar.

DATED this 26th day of June, 2009.

BRUCE RIFKIN, Clerk

By: s/ Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE 1